BENJAMIN FREEMAN *versus* BENJAMIN WARD *et al.,*
Administrators.

Presenting a claim to the commissioners of insolvency on the estate of a deceased
person, for allowance, is a *prosecuting* of such claim, within the meaning of *St.*
1833, *c.* 189, giving a remedy where the party is prevented, through accident or
mistake, from " prosecuting " his claim to the commissioners.

FREEMAN having a claim against the estate of Benjamin
Ward, deceased, intestate, which had been represented to be
insolvent, presented it to the administrators, and likewise to the
commissioners of insolvency on the estate for allowance, but
it was disallowed by the commissioners. Freeman had no
notice that it was objected to and disallowed, until it was too
late to commence a suit at common law, pursuant to *St.* 1784,
*c.* 2, and he therefore presented a petition to the judge of
probate, under *St.* 1833, *c.* 189, representing that through
mistake and accident he had been " prevented from *prose-
cuting* his claim to the commissioners of insolvency," and
that the estate was solvent, and praying that the judge would
authorize the administrators to pay the claim, and, in case of
their refusal, would authorize the petitioner to commence and
prosecute a suit at common law. The judge decreed that the
petition be dismissed on the ground of want of jurisdiction,
and from this decision the petitioner appealed to this Court.

*Miller,* for the appellant.　　　　　　　　　　　　*Oct. 24th*

*Eddy,* for the appellees.

But it was *resolved,* that *presenting* the claim to the com-　*Oct 25th.*
missioners was *prosecuting* it, and consequently that the case
did not come within the statute of 1833.. And the Court
said, that the appellant had a remedy under *St.* 1816, *c.* 62,
(Revised Stat. *c.* 68, § 13.)

*Decree of the judge of probate ~~affirmed~~.*